**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**KIM CHI LAM**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr. S-03-0202 GEB |
|                 Plaintiff, ) | |
|           vs. ) | **APPLICATION FOR ORDER EXONERATING BAIL [PROPOSED ORDER]** |
| KIM CHI LAM, ) | |
|                 Defendant. ) | |

      Defendant, KIM CHI LAM, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure her release in this case. Defendant is making this application on the ground that her bail was never formally exonerated at the conclusion of the case. Accordingly, the lien in favor of the Clerk of Court on the real property posted to secure defendant's release has not been extinguished and remains a cloud on title. Defendant is

/ / / / /

/ / / / /

---

Application for Order Exonerating Bail                    1                    Case No. CR S 03-0202 GEB
[Proposed Order]

currently in custody serving her 30-month prison sentence imposed by the court.

Dated: December 22, 2005					Respectfully submitted,

								JOSEPH J. WISEMAN, P.C.


								By:   /s/Joseph J. Wiseman
									JOSEPH J. WISEMAN
									Attorney for Defendant
									KIM CHI LAM

## ORDER

GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the bail posted in this case to secure the defendant's release is EXONERATED.

DATED: January 5, 2006

							   /s/ Garland E. Burrell, Jr.

							GARLAND E. BURRELL, JR.

							United States District Judge